UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLIE MULLEN, an unmarried individual,<br><br>                Plaintiff,<br><br>vs.<br><br>The WASHINGTON DEPARTMENT OF AGRICULTURE, an agency of the State of Washington; BRAD WHITE, in his individual capacity and official capacity as Assistant Director of the Plan Protection Division; MIKE FIRMAN, in his individual capacity and official capacity as Program Manager of the Washington Department of Agriculture's Yakima Chemical/Hop Lab,<br><br>                Defendants. | NO: 1:22-CV-3107-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT are the Parties' Stipulations for Dismissal. ECF Nos. 19, 20. The Parties stipulate and agree that Plaintiff's above-entitled action should be dismissed with prejudice and without costs as to all three Defendants. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the Parties' stipulations, this action is **DISMISSED** with prejudice and without costs.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 16, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2